## Julia Deweese, Appellee, v. Jacob Husmann, Appellant.

NUISANCES—*what does not bar action for damages arising from.*
It is no bar to an action for the recovery of damages that the
plaintiff has made no objection or protest against the creation or
continuance of a nuisance from which the injury and resulting
damages arose.

Trespass. Appeal from the Circuit Court of Mason county; the
Hon. GUY R. WILLIAMS, Judge, presiding. Heard in this court
at the May term, 1908. Affirmed. Opinion filed November 17,
1908.

BLINN & COVEY, for appellant.

W. E. STONE and STONE & OGLEVIE, for appellee.

MR. JUSTICE RAMSAY delivered the opinion of the
court.

Julia Deweese recovered a judgment in the Circuit
Court of Mason county in the sum of fifty dollars
against Jacob Husmann for damages alleged to have
resulted to the premises of Deweese by the action of
Husmann in so filling his own lot as to set the water
back upon the lot of Deweese. Husmann appealed.

The merits of the controversy are so palpably in
favor of the claim as made by Deweese that no ex-
tended discussion of the case can be of any avail.

The natural course of the water was from the prem-
ises of Deweese upon and across the lot of Husmann,
who in improving his lot and in building a sidewalk
upon the street line thereof, so raised and elevated
his own premises, as to overflow the lot of Deweese
and cause the damages sued for.

Husmann insists that, because Deweese made no ob-
jection at the time the improvements were made and
the filling done that caused the overflow, Deweese is
now estopped from recovering any damages resulting
from the doing of such work.

We do not so understand the rule. "It is no bar to an

action for the recovery of damages, that the plaintiff has made no objection or protest against the creation or continuance of a nuisance." Amer. & Eng. Encyclopedia Law, Second Ed., Vol. 21, page 723.

The damages recovered were moderate in amount and the judgment was right.

The judgment is affirmed.

*Affirmed.*